RECEIVED
BY MAIL
NOV 10 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## Bill in Equity
## Bill of Complaint

To: The Clerk, Kate M. Forgarty of Chancery Court, The Presiding **Chief Judge Partrick J. Schiltz** and Judges of the district court of the united states, Minnesota Republic, pure, exclusive, and inherent equity, In Chancery Sitting.

22-cv-2907 MJD/TNL

### A. Introduction

Lovell Nahmour Oates El, better known as, Nahmour Amon Moab El, Claimant, comes with Trustee United States President Joe Biden; is a Special, and Private, (Moorish) American National, Sui Juris, Propria Persona, Natural, Living, Breathing Man, Authorized Representative of Ex Relatione, LOVELL NAHMOUR OATES, Private Trust/Estate or citizen residing in the county of Benton in the Republic of Minnesota, brings this Bill of Compliant in the court of inherent, exclusive and pure equity, not to be confused with concurrent equity, **for accounting of all trusts, accounts, properties, bill of exchanges, and all Estates, trusts and properties, known and unknown** for Property Rights against the corporate defendants, United States Department of Treasury and entities Minnesota Department of Corrections Commissioner Paul Schnell, parole officer Willie Swanson and parole supervisor Deb Anderson is being sued in their personal and professional capacity as parole officer and parole supervisor for the STATE agency Minnesota Department of Corrections.

and Hennepin County Attorney's Office, through their County Attorneys Amy Klobuchar and Michael Freeman, and arising from an action Hennepin County Cause No. 98-124740 defendants violated Claimants Rights to Travel and Possession in Hennepin County Case No. 98-124740 in which Claimant is sole owner in due process of the entire case/cause/action/account and all cases/accounts directly or indirectly related to this action. Plus, Claimant is demanding a full accounting of all known and unknown trusts accounts, in the Claimant's possessions properties in the Estate issues this Bill of Complaint in Equity and avers as follows:

Private Trust LOVELL NAHMOUR OATES of the Moorish Science Temple, represented By Agent: Nahmour Amon Moab El a Natural Man, under no disabilities, domiciled on the land in North America his Ancestral Estate, is in Propria Persona, Sui Juris, with clear hands, is his next Friend, Agent, a Living, Breathing, Flesh and blood Man in Full Life, Moorish American National, Indigenous, Aboriginal, Sovereign, Moslem on the land Al Morco/Northwest Amexem/Northwest Africa, (America), tied to the land by birthright and inheritance, respectfully represents unto your honor etc.

NOW COMES, Nahmour Amon Moab El, to discharge, settle, close, extinguish and annihilate this matter giving the name LOVELL NAHMOUR OATES on special deposit to be returned to me later with interest. **As I am the Real Party Interest and I am the only damaged party pursuant to the Judicature Act of 1873 there is a conflict between the rules of law and the rule of equity, the rules of equity shall prevail.** Therefore, I am demanding return of my private property I am demanding full accounting, extinguishment and discharge, settlement, closure, extinguishment, and annihilation of the following account Hennepin County Cause No. 98-124740 and all accounts directly or indirectly related to this matter/action.

The United States Treasury Department, STATE OF MINNESOTA, STATE OF ILLINOIS, Hennepin County Attorney's Office, Benton County Jail and Minnesota Department of Corrections are all defendants in the action.

That Hennepin County Attorneys, Amy Klobuchar and Michael Freeman are being sued jointly and severally in their personal and professional capacity as an officer of the corporate municipality Hennepin County Attorney's Office and Commissioner of Correction Paul Schnell is being sued in his personal and professional capacity as Commissioner, corporate STATE Agency Minnesota Department of Corrections.

The County Attorneys are being sued in their personal and professional capacity as County Attorneys for the municipality Hennepin County Attorney's Office. They have committed theft of Claimant's Rights and Private property at the time of the theft and the defendants committed illegal search and seizure and thief of private property by failing to give claimant due process their administrative courts. The Commissioner Paul Schnell, parole officer Willie Swanson and parole supervisor Deb Anderson is being sued in their personal and professional capacity as parole officer and parole supervisor for the STATE agency Minnesota Department of Corrections. Administrative/Corporate BENTON COUNTY JAIL Sheriff Troy Heck, Deputy Gith, Program Director D. Kieeke.

**Claimant is owner and holder in due course of Municipality Hennepin County Cause No. 98-124740 no one has or can claim superior title to the property. (See Exhibit A, Notice and Exhibit B Conveyance)**

SCANNED
NOV 10 2022
U.S. DISTRICT COURT MPLS

1

**Executor De Son Tort**: Executor of his own wrong. A person who assumes to act as executor of an estate without any lawful warrant or authority, but who, by his intermeddling, makes himself liable as an executor to a certain extent.

## B.  The Premises

1. I, Lovell Nahmour Oates El, aka Claimant, Nahmour Amon Moab El, is a Moor consanguinity with birthrights and direct sanguine decedent of the ancient Canaanites/Moabites and true heir apparent of (America) Amexem – North, South, Central and the adjoining Islands, Moors are the Aboriginal, Indigenous and rightful Inheritors of the archaic and survey-specified geographical Territories of the earth.

2. I, Claimant Nahmour Amon Moab El, Status as being a Moor, demonstrates he is a Moorish American National with inalienable and Unalienable Rights given by the Great God-Allah that cannot be traded, brought or sold and is owner and holder in due course of the Municipality Hennepin County Cause No. 98-124740

3. I, Nahmour Amon Moab El is owner and holder in due course of the Municipality Hennepin County Cause No. 98-124740 and demanding the release of my **Private Vessel** that was unlawful seized October 31, 1998 at 06:57a.m. at, **Chicago territory, Illinois Republic**. The Private Vessel is a was held and detained from an administrative process of the corporate, municipal hennepin county court in which Claimant was never given due process; the County Attorneys failed to ascertain Claimant's Status or a DOA (Delegation of Authority) which is required before any administrative court can assume jurisdiction of venue, subject matter and persona.

4. Claimant has given notice to the corporate municipality Hennepin county district court, Hennepin county attorney's office, Minnesota Department of Corrections, State of Minnesota Attorney General's Office, United States district court of STATE OF MINNESOTA, United States Secretary of the State of his Status of a Natural Living Breathing Man, with a Soul, Sentiments, Sprit, and In Full Life.

5. Claimant has been improperly identified as a Negro, Black, Colored or African American thereby attempting to place him under a disability, taking away his Birthrights as an Aboriginal, Indigenous Moorish American Sovereign National Moslem on the Land and never attempted to ascertain his Status. By failing to properly identify Claimant and claiming his was Civiliter Mortuus in the Administrative/Corporate courts of Hennepin County.

6. Claimant has, is, and always has been a Moorish American National, Moslem, ab initio from birth and is what his foremother and forefathers were without a doubt or contradiction.

7. I, Claimant Nahmour Amon Moab El, has "the right of citizen to travel upon the public highways and to transport his property thereon, by horse-drawn carriage, wagon, or an automobile is not a mere privilege which may be permitted or prohibited at will, but a common right which he has his right to life, liberty, and the pursuit of happiness." **Slusher v. Safety Transit Co, 229 Ky. 731, 17 S.W. 2ⁿᵈ, 1012, 66 A.L.R. 1378**; and affirmed by the Supreme Court in Thompson v. Smith, 155 Va. 367, 154 S.E. 579, ALR 604. (11 Am Jur. § 329).

8. I Claimant Nahmour Amon Moab El, has never been served a sworn affidavit by an injured party that constitutes a cause of action and his rights to due process has been violated by the hennepin county corporate municipality and it's officers.

9. I, Claimant Nahmour Amon Moab El, is not nor has ever agreed to be accommodating party for the trust, estate, or commercial entity LOVELL NAHMOUR OATES and his due process rights have been violated. Notice, Treaty of Peace and Friendship, Name Change Certificate, Judicial Notice Declaration/Proclamation, Bill of Exchange. All demonstrating my Status as a Moorish American National, Sui Juris, Propria Persona, In Full Life.

10. Claimant Nahmour Amon Moab El, has never, intentionally, knowingly, or willingly entered into any contract with the corporate STATE OF MINNESOTA, STATE OF ILLINOIS, United States or the municipality county OF HENNEPIN COUNTY and his due process rights have been violated.

2

11. I, Claimant, Nahmour Amon Moab El, has a Conveyance for all charges in a Bill of Exchange for hennepin county, district court Bill of Indictment, in administrative Proof of Claim to the hennepin county Attorney Michael Freeman and Clerk of Court Mark Thompson in a Conditional Acceptance For Value which is a Notice of Claim that both have defaulted upon and is fully documented in the hennepin county administrative/corporate district court records account no. 98124740 and demands a discharge, settle, close, extinguish and annihilate this matter giving the name LOVELL NAHMOUR OATES on special deposit of the judgments.

## C. Charging

1. Administrative/Corporate City of Minneapolis Department Officer/Hennepin County ROBERT ZEMMERMAN and TAMMY DEITRIC was operating under the color of law, color of authority, color of office, improper identification, breach of trust, breach of fiduciary duty, in violation of Claimant's right to travel, due process, illegal search and seizure, property, and a Republic form of government and treaties being the law of the Land.

2. Administrative/Corporate City of Minneapolis Department Officer/Hennepin County Attorney Amy Klobuchar and Michael Freeman was operating under the color of law, color of authority, color of office, improper identification, breach of trust, breach of fiduciary duty, in violation of Claimant's right to travel, due process, illegal search and seizure, property, and a Republic form of government and treaties being the law of the Land.

3. Administrative/Corporate STATE DEPARMENT OF CORRECTIONS/Commissioner Paul Schnell, Deb Anderson and Willie Swanson was operating under the color of law, color of authority, color of office, improper identification, breach of trust, breach of fiduciary duty, in violation of Claimant's right to travel, due process, illegal search and seizure, property, and a Republic form of government and treaties being the law of the Land **(See Exhibit C:Writ of Discovery; Exhibit D: Notice of Default; and Exhibit E: Default).**

4. Administrative/Corporate BENTON COUNTY JAIL Sheriff Troy Heck, Deputy Gith, Program Director D. Kieeke and was operating under the color of law, color of authority, color of office, improper identification, breach of trust, breach of fiduciary duty, in violation of Claimant's right to travel, due process, illegal search and seizure, property, and a Republic form of government and treaties being the law of the Land.

## D. Jurisdiction Clause

Claimant further avers that the *said rights of Claimant are remediless, according to the strict rules of the administrative/corporate courts and can only have relief in courts of equity pure, exclusive and inherent where matter of this nature are properly cognizable and relievable*. As I am the Real Party In Interest and I am the only damaged party pursuant to the Judicature Act of 1873 if there is a conflict between the rules of law and the rule of equity, the rules of equity shall prevail.

## E. Interrogating

To the end, thereof, that defendant's hereafter Amy Klobuchar, Michael Freeman, Robert Zimmerman, Tammy Deitric, Paul Schnell, Deb Anderson, Willie Swanson may make full, true direct and perfect answers to all the matter herein state and charged, as fully and particularly as if the same were hereinafter repeated, and they thereunto distinctly interrogated; and not only as to the beat of their respective knowledge and remembrance, but also according to heir respective information and belief.

1. Whether the Administrative/Corporate Courts of HENNEPIN County municipal is a de jure court established pursuant to Article III of the united states Republic of America?

2. Whether the HENNEPIN County Municipal is operating under the law of the Land pursuant Article VI of the united states of Republic of America?

3. Whether the Administrative/Corporate Courts of HENNEPIN County municipal properly identified LOVELL NAHMOUR OATES as person, corporation, entity, trust, or estate?

3

4.  Whether the Minneapolis Police Department municipality is operating under the color of law?

5.  Whether Robert Zimmerman of the MINNEAPOLIS POLICE was operating under the color of law?

6.  Whether, Tami Dietric of the MINNEAPOLIS POLICE was operating under the color of law?

7.  Whether, Paul Schnell of the DEPARTMENT OF CORRECTIONS was operating under the color of law?

8.  Whether, Willie Swanson of the DEPARTMENT OF CORRECTIONS was operating under the color of law?

9.  Whether, Deb Anderson of the DEPARTMENT OF CORRECTIONS was operating under the color of law?

10. Whether, the Corporate\Administrative Benton County Jail was operating under the color of law?

11. Whether, Sheriff Troy

12. Whether the Administrative/Corporate HENNEPIN County Municipal District Court established personal jurisdiction of Lovell Nahmour Oates better known as Claimant, Nahmour Amon Moab El?

13. Whether the Administrative/Corporate HENNEPIN County Municipal District Court established subject matter jurisdiction of Lovell Nahmour Oates better known as Claimant, Nahmour Amon Moab El?

14. Whether the Administrative/Corporate HENNEPIN County Municipal District Court established territorial jurisdiction of Lovell Nahmour Oates better known as Claimant, Nahmour Amon Moab El?

15. Whether the Administrative/Corporate HENNEPIN County Municipal District Court used common law, equity law or admiralty law to charge Lovell Nahmour Oates better known as Claimant, Nahmour Amon Moab El?

### F. Special Interrogating

To the end, thereof, that defendant's hereafter HENNEPIN County Attorney Michael Freeman and Amy Klobuchar, DEPARTMENT OF CORRECTIONS COMMISSIONER Paul Schnell, Chief Parole Officer Deb Anderson, Parole Officer Willie Swanson, Benton County Sheriff Troy Heck, Deputy Gith, Program Director D. Kieeke may make full, true direct and perfect answers to all the matter herein state and charged, as fully and particularly as if the same were hereinafter repeated, and they thereunto distinctly interrogated; and not only as to the beat of their respective knowledge and remembrance, but also according to their respective information and belief. And more especially, that they answer under oath and set fourth;

1.  Whether Lovell Nahmour Oates better known as Nahmour Amon Moab El was lawfully identified properly with documented proof of Nationality and Citizenship and documented proof of Sovereign Authority to enforce the law by the administrative/corporate HENNEPIN COUNTY COURT?

2.  Whether the Administrative Cook County Attorney Office had a (DOA) Delegation of Authority to charge a flesh and blood Man (Moorish American National) with a sole, Lovell Nahmour Oates better known as Claimant, Nahmour Amon Moab El?

3.  Whether Lovell Nahmour Oates better known as Claimant, Nahmour Amon Moab El is the as LOVELL NAHMOUR OATES?

4.  Whether Lovell Nahmour Oates better known as Claimant, Nahmour Amon Moab El was adjudged to be Civiliter Morutuus?

5.  Whether Lovell Nahmour Oates better known as Claimant, Nahmour Amon Moab El was adjudged to be under the disability of a Negro, Black Colored or African American?

4

### G.  Demand for Relief

1.  Respondents produce a Delegation of Authority from Congress pursuant to Article III of the Republic Constitution for the united states of America (the Supreme Law of the Land).

2.  Claimants Status as a Moorish American National, Natural Man under no disabilities, domiciled on the land in North America my ancestral estate, is in propria persona, with clean hands, Living Breathing, Flesh and Blood Man in Full Life, Moorish American National, Indigenous, Aboriginal, Sovereign, Moslem, on the Land Al Moroc/Northwest Amexem/Northwest Africa, (America), tied to the land by heritage, birthright and inheritance be honored lawfully and placed in the record, for the record, on the record and let the record show..

3.  Compensation shall be in the sum certain silver, gold or spice of One Million Eight Hundred Thousand Dollars: $1,800,000.00 for every day for the property injury and damages to the estate.

4.  Compensation shall be in the sum certain silver, gold or spice of One Million Eight Hundred Thousand Dollars: $1,800,000,.00 a day for the 15 days the Benton County Jail injured and damaged the property of the private estate.

5.  Demanding compensation shall be in the sum certain silver, gold or spice of Fourteen Billion Four Hundred and Fifty-Four Million: $14,454,000,000.00 for the total days I was without my Vessel and the Right to Travel and freedom to move as I seen fit, I am demanding full accounting, discharge, settlement, closure, extinguishment and annihilation of this account.

And that Claimant may have such other and further relief in the premises, cause/bill as may be just and equitable.

### H.  Demand for Process

May it please your honor to grant the writ of subpoena of the united states of America, issued out of and under the seal of this honorable court, to be directed to the said Officers thereby commanding them and every one of them to at a certain day and under a certain penalty, therein to be specified personally to be personally and appear before this honorable court, and then and there answer all and singular the premises (but not under oath except in response to the special interrogatories below, as to your honor shall meet).

### I.  Demand for Injunction

May it please your honor to grant the Claimant the people's writ of injunction to be directed to The Clerk Kate M. Forgarty of Chancery Court, Clerk of the district court of the united states, Minnesota, Republic restraining said defendants from departing out of the jurisdiction of this court and their agency from harassing Claimant while in their jurisdiction.

### J.  Demand for Discovery

May it please your honor to grant the Claimant the people's writ of discovery, to be directed to The Clerk Kate M. Forgarty of Chancery Court, Clerk of the district court of the united states, Minnesota, Republic to order the full accounting and release of my property.

Dated: November _8_, 2022

**Ex Relatione: LOVELL NAHMOUR OATES**
**signature by Authorized Representative,**
**Lovell Nahmour Oates El, better known as**
**Nahmour Amon Moab El, Moorish American**
**National, In Propria Persona, Sui Juris**